

No. 12–0589/AR.   U.S. v. Brett D. Blakely.   CCA 20110147.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 19, 2012.

No. 12–0593/AF.   U.S. v. Alexander Schodolski–Carey.   CCA 37605.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 19, 2012.